Christopher HOUSTON, Appellant,

v.

STATE of Texas, Appellee.

No. 548–82.

Court of Criminal Appeals of Texas.

Sept. 15, 1982.

OPINION BY THE COURT

State's petition granted and remanded to Court of Appeals.